UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-65-BR

| ERICA SHONTA SPAIN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| CITY OF GREENVILLE and OFFICER UVALLE, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This matter is before the court on its 2 June 2016 order on defendants' motion to dismiss. (DE # 19.) In that order, the court concluded that plaintiff had not properly effected service on either defendant. (Id. at 4.) The court directed plaintiff to submit amended summonses to the Clerk for issuance on or before 1 July 2016 and cautioned plaintiff that if she failed to do so, dismissal of this action will result. (Id.) Plaintiff has not submitted amended summonses or filed anything in response to the order. Accordingly, for the reasons stated in the 2 June 2016 order, defendants' motion to dismiss is ALLOWED. The Clerk is DIRECTED to enter judgment and close this case.

This 11 July 2016.

_____
W. Earl Britt
Senior U.S. District Judge